In the Court as set by Article III of the Constitution for the United States of America which court is set for:
**district court of the United States
for the western district of New York**

| | |
|---|---|
| In the Matter of the Foreclosure of Tax Liens By Proceeding In Rem pursuant to Article Eleven of The Real Property Law By the County of Genesee. ) ) ) ) ) ) ) ) ) ) ) ) | Notice of Removal<br><br>Case No. 25 CV 6744 MAV<br><br>Genesee county Supreme Court INDEX NO:<br>E71577 |

*FILED DEC 0 9 2025 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

Please take notice that, pursuant to 36 Stat. 1093, 1160 (codified as 28 USC §1333) and 1 Sta. 73 (codified as 28 USC §1441 through §1446), and all other applicable laws I, Daniel Joseph Wik, Respondent in the lower court hereby removes this mater from the County of Genesee, Supreme Court of the State of New York, where it is currently pending as Index No. E71577, to the district court of the United States for the western district of New York..

I appear by special appearance for the limited purpose of removal of the matter to the district court of the United States being an Article III court of the United States of America established by the Judiciary Act of 1789 with a district court judge who is duly qualified and entitled to the performs the duties of a district court judge and acknowledges and upholds my unalienable rights as a Man who is one of "the people of the state of New York" as defined pursuant to 8 USC §1101a (21) and has not suspended any of my Rights or remedies by any emergency, territorial limitations, or legislation. My property and I are on the land within the area referred to as the state of New York being one of the states of the union of states that created the United States of America and not a territory, federal area, or federal zone under legislative control of the United States.

This is an In Rem tax foreclosure of my land and property appurtenant to the land at 21 South Lake, Bergen, Genesee county, New York (hereinafter referred to as "Property").

Petitioner The County of Genesee (COUNTY) commenced this matter on August 22, 2024 by filing a Petition in the County of Genesee, Supreme Court of the State of New York. I have not served or waived service. COUNTY published the Petition and did mailings to the last known owner of record, which did not include me. COUNTY failed to seize Property.

I am not the owner of record and have not donated Property to the public use per *BUDD v. PEOPLE OF STATE OF NEW YORK, 143 US. 517 (1892)*. I have claimed

1.  Property as my non-commercial private property and have been in exclusive possession of Property since at least the beginning of October 2011. I claim all rights, title, interest, and dominion in and to Property. No one claims a greater right in or to Property than me. COUNTY's alleged tax lien(s) are nonconsensual and nonjudicial. There exists no valid enforceable contract between COUNTY and I. The several states are foreign to the United States. COUNTY is an instrumentality of the State of New York. The State of New York is not the same as the state of New York and the statutes specifically differentiate between them.

> *Men are endowed by their Creator with certain <u>unalienable</u> rights,-'life, liberty, and the pursuit of happiness;' <u>and to 'secure,'</u> not grant or create, these rights, governments are instituted. That property which a man has honestly acquired he retains full control of subject to these limitations: First, that he shall not use it to his neighbor's injury, and that does not mean that he must use it for his neighbor's benefit; second, that if the devotes it to a public use, he gives to the public a right to control that use; and third, that whenever the public needs require, the public may take it upon payment of due compensation. BUDD v. PEOPLE OF STATE OF NEW YORK, 143 US. 517(1892)*

There is no mortgage on Property. Property is private no commercial property. I have never knowingly, willingly, or intentionally engaged in any contract with The County of Genesee or any of its affiliates. Petitioner requests to foreclose on Property for nonpayment of the alleged tax lien(s) for

Property. I believe the tax liens are fraudulent and the property tax scheme being administered and executed by COUNTY is unconstitutional as applied to my property (Property) and me. COUNTY is a corporation (ens legis) and I am a man.

I have filed and served an Answer with Counter Claims and Cross Claims and COUNTY has filed a Motion to Dismiss.

On or about August 22, 2025 Property was severed from the rest of the parcels in the matter by order of the court. Respondent is the only other Party regarding the severed matter involving Property.

The district court has original jurisdiction regarding In Rem actions.

The district court has subject matter jurisdiction pursuant to 36 Stat. 1093, 1160 (codified as under 28 U.S.C. §1333) which confers original jurisdiction in the district court.

> *The district courts shall have original jurisdiction, exclusive of the courts of the States, of*
> *(1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled.*
> *(2) Any prize brought into the United States and all proceedings for the condemnation of property taken as prize.*

Article III, Section 2, Clause 1:

> *The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof and foreign States, Citizens or Subjects.*

Article III of the Constitution extends the judicial power to all Cases of admiralty and maritime Jurisdiction. The Supreme Court has explained that Article III's grant of admiralty jurisdiction to the federal courts contemplates a system of maritime law coextensive with, and operating uniformly in, the whole country in order to promote the great interests of navigation and commerce and maintain the United States' diplomatic relations.

The district courts have been granted exclusive and original subject matter jurisdiction over any civil case of admiralty or maritime jurisdiction. Congress also allowed state courts to supplement the administration of federal maritime law by exercising concurrent jurisdiction over admiralty cases in which plaintiffs seek traditional common law remedies. Under the saving to suitor's clause in Section 9 of the Judiciary Act, courts retain concurrent jurisdiction over most contract and tort claims that fall within federal admiralty jurisdiction because a plaintiff may bring a personal action against an individual defendant seeking common law remedies. However, in general, plaintiffs must pursue actions in federal court when they seek remedies that lie against property in rem.

In this instance, COUNTY did not bring a personal action and is not seeking a common law remedy. In rem tax foreclosures proceeding did not exist pursuant to the common law. COUNTY has failed to state any cognizable cause of action for which it seeks a common law remedy that the State court has jurisdiction to grant relief for. Without a personal action seeking a common law remedy the State court does not have concurrent jurisdiction and the matter must be removed to the district court.

I have not knowingly, willing, or intentionally waived my right to removal to the district court of the United States.

> "Waivers of Constitutional rights, not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant, circumstances and likely consequences." Brady v US. 397 US. 742 (1970)

Based upon the material fact that I am one of "the people of the state of New York" I demanded that the matter be heard before a court of the state of New York exercising the judicial power of the state of New York and reserved the right to remove and/or transfer the matter to a court of Article III court of the United States of America in my Answer. (See Answer ¶4, 649)

> *¶4 A court of the state of New York, with a judge having an oath to the state of New York and bond to the people of the state of New York entitled to exercise the judicial power of the state of New York or that the matter be transferred to the proper court with this standing.*

*¶ 649 I reserve the right to remove and/or transfer this matter to an Article III District Court of the United States, or other court of proper venue and jurisdiction based my nationality and/or diversity including but not limited to the Supreme Court of the United States of America.*

COUNTY has failed to provide any evidence on the record to demonstrate that the State of New York Supreme Court is a court of the state of New York, with a judge who possess a Constitutionally valid oath for the state of New York who is entitled to exercise the judicial power of the state of New York per Judiciary Law §3. As a matter of fact, the New York State Office of Court Administration has provided the oath of Diane Y. Devlin and Peter AllenWeinmann which is not to the requisite "Constitution of the state of New York" and " Constitution of the United States" as is required pursuant to the Constitution of the state of New York and 1 Sta. 23 or later amendment that requiring the substantial oath be to the "Constitution of the United States". See Exhibit 1.

I am not an attorney and not trained in the law or state/federal court rules and procedures. The Petition failed to contain sufficient indications that the matter was removable under original jurisdiction. I believe the matter may be removed, but I currently do not know as a matter of fact that the matter is removable.

I believe the district court of the United States is the proper court for an in rem matter

The court in *Scudero v. Todd Shipyards Corp.*, 63 Wn.2d 46 at 48 [No 36319. En Banc. October 10, 1963] ruled that:

> *In rem proceedings are a seizure designed to bring the res before the court for adjudication. These seizures are controlled by 28 USC §1333 and 28 USC §1356 which specifically grant the district courts original jurisdiction, exclusive of the courts of the States.*

I believe the district court of the United States is the proper court for an in rem matter and that no State can confer jurisdiction upon its courts to proceed in rem, nor could Congress give such power to a State, since it would be contrary to the constitutional grant of such power to the Federal Government. The saving clause of the Judiciary Act and of the Judicial Code does not contemplate admiralty in a common law court.

1 Benedict on Admiralty (6th ed.) 38, section 23 states that:

> *The right to proceed in rem is the distinctive remedy of the admiralty and hence administered exclusively by the United States courts in admiralty: no State can confer jurisdiction upon its courts to proceed in rem, nor could Congress give such power to a State, since it would be contrary to the constitutional grant of such power to the Federal Government. The saving clause of the Judiciary Act and of the Judicial Code does not contemplate admiralty in a common law court.*

It is in the interest of judicial economy and the interest of justice for the district court to exercise jurisdiction in this matter and hear my claims of wrongs against me by COUNTY and others.

28 USC §1446(b)(1) and (b)(3) are merely procedural limitations that would apply only if triggered by the petitioner sending defendant a petition or other document from which it could be ascertained that the matter was removable. (*Roth v CHA Hollywood Medical Center, L.P., No 13-55771, 2013 WL 3214941 (9th Cir. June 27, 2013)*) The time limits were not triggered because respondent never received any pleading or other document from which it was ascertainable the matter was removable.

If COUNTY believed that the matter may be removed and that there is a danger that I may delay in filing a notice of removal then Petitioner need only provide me a document from which removability may be ascertained. I am a man not trained in the laws and just trying to protect my rights and property from being unlawfully taken. COUNTY did not provide me with any notice that I could remove this action.

I currently do not have any documents from which I can positively ascertain that this matter is removable but am awaiting the courts determination.

This court is a proper venue for the action pursuant to 28 USC §1441(a) since Monroe county, New York is within the geographic area that embraces the western district of New York for the district court of the United States.

Pursuant to 28 USC §1446 (a), a copy of process, pleadings and orders filed and/or served to me are attached hereto and labeled as Index.

I have not included all the documents in the matter based upon 28 USC §1447(a) and (b) but will if so ordered by the court.

I demand a jury trial of material facts in dispute after discovery.

Pursuant to 28 USC §1446(d), I certify that a Notice of Filing Notice of Removal and Notice of Removal will be served upon counsel for Petitioner and will be filed with the Genesee county Clerk of the Supreme court.

If any questions arise with regard to the removal of this action I requests the opportunity to be heard on it.

Wherefore, I request removal of this matter from the Supreme Court of the State of New York bearing Genesee county Index No: E71577 to the district court of the United States for the western district of New York which is an Article III court of the United States of America established pursuant to the Judiciary Act of 1789 with a district court judge duly authorized, entitled, and having the valid credentials and oath required by 1 Stat. 23 to perform the duties of the office.

Dated: December 9, 2025
Rochester, New York
United States of America
Without the United States or this state

Daniel Joseph Wik
Claimant without representation,
Reserving all Rights
c/o 659 Averill Avenue
Rochester, New York
ZIP CODE EXEMPT
585-957-5902
danielwik@aol.com